MARK E. FERRARIO
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER
Nevada Bar No. 10153
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
E-mail:  ferrariom@gtlaw.com
           miltenbergerc@gtlaw.com

*Counsel for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SUGAR FACTORY, LLC, a Nevada limited liability company,<br><br>                    Plaintiff,<br><br>v.<br><br>SUGAR FACTORY CASINOS, LLC, a Nevada limited liablity company; SF PARIS, LLC, a Nevada limited liability company; SF LV, LLC, a Nevada limited liability company; SF SW, LLC a Nevada limited liability company; ROLAND STURM, a individual; COREY JENKINS, an indiviudal; PERRY ROGERS, an individual and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No.:  2:15-cv-00483-JAD-VCF<br><br><br>**STIPULATION AND<br>ORDER FOR DISMISSAL WITH<br>PREJUDICE** |

     **IT IS HEREBY STIPULATED AND AGREED**, pursuant to Local Rule 7-1, by and between Plaintiff Sugar Factory, LLC ("Plaintiff"), by and through its counsel of record, Fennemore Craig, P.C., and Defendants Sugar Factory Casinos, LLC, SF Paris, LLC, SF LV, LLC, Roland Sturm, Corey Jenkins, and Perry Rogers (collectively, "Defendants"), by and through their counsel of record Greenberg Traurig, LLP, that this matter shall be **DISMISSED WITH PREJUDICE**, in

*Greenberg Traurig, LLP*
*Suite 400 North, 3773 Howard Hughes Parkway*
*Las Vegas, Nevada 89169*
*(702) 792-3773*
*(702) 792-9002 (fax)*

1

its entirety, with each party to bear its owns attorneys' fees and costs.

**IT IS SO STIPULATED.**

DATED this 26 day of October, 2016

**GREENBERG TRAURIG, LLP**

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
3773 Howard Hughes Pkwy., Ste. 400 North
Las Vegas, Nevada 89169
*Counsel for Defendants*

DATED this 26 day of October, 2016

**FENNEMORE CRAIG, P.C.**

PATRICK J. SHEEHAN, ESQ.
Nevada Bar No. 3812
300 South 4th Street, Suite 1400
Las Vegas, Nevada 89101
*Counsel for Plaintiff*

## ORDER

Based on the parties' stipulation, IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to CLOSE this case.

Dated: October 27, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

MARK E. FERRARIO, ESQ.
Nevada Bar No. 1625
CHRISTOPHER R. MILTENBERGER, ESQ.
Nevada Bar No. 10153
3773 Howard Hughes Pkwy., Ste. 400 North
Las Vegas, Nevada 89169

*Counsel for Defendants*

LV 420795716v1